UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG & DAVID BURNHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 17-1097 (APM) |

**PLAINTIFFS' DISCLOSURE OF WITNESSES**

Pursuant to the Court's minute order of May 18, 2021, Plaintiffs disclose that they intend to cross-examine Defendant's witnesses, including Patricia J. de Castro, and may call the following witness: Susan B. Long.

Dated:  May 21, 2021

Respectfully submitted

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Scott L. Nelson (D.C. Bar. No. 413548)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*