UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG & DAVID BURNHAM,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 17-1097 (APM) |

**DEFENDANT'S DISCLOSURE OF WITNESSES**

Pursuant to the Court's May 18, 2021, Minute Order, Defendant U.S. Immigration and Customs Enforcement ("ICE") advises that it intends to call as a witness Timothy Gibney, Project Manager, Enforcement and Removal Operations.  Patricia de Castro, Operations Research Analyst, Enforcement and Removal Operations will be available.

\*   \*   \*

Dated: May 21, 2021	Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:	/s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar No. 501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov
*Counsel for Defendant*