UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN B. LONG & DAVID BURNHAM,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | Civil Action No. 17-1097 (APM) |

**PLAINTIFFS' IDENTIFICATION OF EXHIBITS**

Pursuant to the Court's minute order of May 18, 2021, Plaintiffs identify the following exhibits that they may use during the hearing on May 27, 2021. Each of the following exhibits is available at: https://www.citizen.org/litigation/long-v-ice-no-17-1097/.

| Plaintiffs' Exhibit # | Description |
|---|---|
| 1 | Microsoft Excel Spreadsheet; "FOIA 2016-ICFO-14043 FY15 through December 2015 Removals Following Identification via Secure Communities' use of IDENT/IAFIS Interoperability," produced by Defendant on January 10, 2017. The cover letter that accompanied the production is on pages 34–36 of ECF No. 12-1. |
| 2 | Microsoft Excel Spreadsheet; "FOIA 2016-ICFO-54702 FY15 through August 2016 Removals Following Identification via Secure Communities' use of IDENT/IAFIS Interoperability," produced by Defendant on October 4, 2017, following an administrative appeal, superseding the spreadsheet originally produced by Defendant on January 4, 2017. *See* ECF No. 53-4 ¶ 18. The cover letter that accompanied the original production is on pages 30–32 of ECF No. 12-1. |
| 3 | Microsoft Excel Spreadsheet; "TRAC D.C. Litigation Settlement Proposal: SC FY2015 Removals," produced by Defendant on April 15, 2019, pursuant to Minute Order of February 21, 2019. |

| 4 | IIDS Database Schema, admitted in evidence in *Long v. ICE*, No. 14-109, 2020 WL 2849904 (D.D.C. June 2, 2020), pages 28 to 124 of ECF No. 54-1. |
|---|---|
| 5 | Transcript of Hearing of August 15, 2019 in *Long v. ICE*, No. 17-506 (N.D.N.Y.), pages 144 to 266 of ECF No. 54-1. |
| 6 | Declaration of Patricia J. de Castro, ECF No. 53-3. |
| 7 | Supplemental Declaration of Patricia J. de Castro, ECF No. 60-2. |

Dated: May 25, 2021                              Respectfully submitted

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (D.C. Bar No. 486293)
Scott L. Nelson (D.C. Bar. No. 413548)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*