UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN B. LONG & DAVID BURNHAM, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-1097 (APM) |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to the Court's May 18, 2021, Minute Order, Defendant U.S. Immigration and Customs Enforcement ("ICE") identifies the following exhibits that ICE may use during the May 27, 2021, evidentiary hearing:

| Defendant's Exhibit | Description |
|---|---|
| A | Declaration of Patricia J. de Castro, Ph.D (with exhibits) (ECF No. 53-3) |
| B | Third Declaration of Susan B. Long (ECF No. 54-1) |
| C | Notice of Supplemental Authority (ECF No. 66) |
| D | Plaintiffs' Second Cross-Motion for Summary Judgment (ECF No. 54) |
| E | Reply in Support of Plaintiffs' Second Cross-Motion for Summary Judgment (ECF No. 63) |
| F | Supplemental Declaration of Patricia J. de Castro (ECF No. 60-2) |

Dated: May 25, 2021 Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ Robert A. Caplen
ROBERT A. CAPLEN, D.C. Bar No. 501480
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2523
robert.caplen@usdoj.gov

*Counsel for Defendant*